UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80884-CIV-MARRA

CUSTOMPLAY, LLC,

Plaintiff,

vs.

AMAZON.COM, INC.,

Defendant.

_____/

**ORDER**

This cause is before the Court upon the Status Report by Plaintiff (DE 131) and Status

Report by Defendant (DE 132).  The Court has carefully considered the Reports and is otherwise

fully advised in the premises.

On April 29, 2019, the Court stayed this case pending *inter partes* review by the U.S.

Patent and Trademark Office.  (DE 114).  The parties inform the Court that Plaintiff intends to

seek review by August 28, 2020 in the United States Court of Appeals for the Federal Circuit of

the Patent Trial and Appeal Board's decision.  The parties also inform the Court that they do not

oppose a continuance of the stay of this case.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the stay is continued for

the purposes of the appeal without prejudice to either party's right to request lifting of the stay.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 11th day of August, 2020.

KENNETH A. MARRA
United States District Judge